1  PATRICK R. CO, ESQ.  BAR #: 200160
   THE CO LAW FIRM, A PROFESSIONAL CORPORATION
2  201 Spear Street, Suite 1100
   San Francisco, CA  94105
3  (415) 426-3553 (415) 477-4032 FAX

4  Attorneys for Plaintiff,
   ANSELMO BERNAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSELMO BERNAL,<br><br>          Plaintiff,<br><br>v.<br><br>AMERICAN REPROGRAPHICS COMPANY, et al.; and DOES 1 - 20,<br><br>          Defendants. | CASE NO.: C 13-0750 KAW<br><br>**STIPULATED MOTION TO MODIFY SCHEDULING ORDER, ~~PROPOSED~~ ORDER, AND DECLARATION OF COUNSEL** |

C:\CoLawFirm\Clients\0200\03121\Trial Continuance\trialcontinuance.stip.wpd
**STIPULATED MOTION TO MODIFY SCHEDULING ORDER, PROPOSED ORDER, AND DECLARATION OF COUNSEL**

**STIPULATED MOTION**

On May 24, 2013, the Court entered its Case Management and Pretrial Order for Jury Trial ("CASE MANAGEMENT SCHEDULING ORDER," ECF No. 15) in the above captioned action. Discovery has commenced in this action. Plaintiff has served interrogatories, requests for production, and requests for admissions. The plaintiff and defendant are meeting and conferring to resolve discovery disputes that have arisen. The following depositions are currently scheduled:

| Deponent | Scheduled Date |
|---|---|
| ARC employee Janine Sperry | August 16, 2013 |
| Plaintiff Anselmo Bernal | August 21, 2013 |
| ARC employee Soren Goodman | September 6, 2013 |
| ARC employee Voltaire "Butch" Balancio | TBD |

Plaintiff anticipates that he will have insufficient time to complete discovery by the September 30, 3013 discovery cut-off date. In order to foster efficiency, the parties have agreed to request that the Court modify the deadlines imposed by the current Case Management Scheduling Order.

Specifically, the parties, by and through their respective counsel, move the court to amend the Case Management Scheduling Order as set forth in the following table:

| EVENT | SCHEDULING ORDER | PROPOSED SCHEDULE |
|---|---|---|
| Trial | January 21, 2014 | May 27, 2014 |
| Pretrial Conference | January 7, 2014 | May ~~12~~ 13, 2014 |
| Objections | December 30, 2013 | May 5, 2014 |
| Joint Pretrial Statement | December 20, 2013 | April 25, 2014 |
| Meet and Confer | December 10, 2013 | April 15, 2014 |
| Last Day to hear Dispositive Motions | November 7, 2013 | March ~~13~~ 6, 2014 |
| Close of Fact and Expert Discovery | September 30, 2013 | February 3, 2014 |
| Rebuttal Expert Disclosure | September 16, 2013 | January ~~21~~ 20, 2014 |
| Expert Disclosure | September 2, 2013 | January 6, 2014 |

The proposed modifications do not change the current times between events, and do not reduce the time available to the Court to review materials between events such as the last day for dispositive motions and trial.

Accordingly, plaintiff Anselmo Bernal and Defendant ARC Document Solutions, Inc., by and through their respective undersigned counsel, respectfully request that the Court enter an order modifying the schedule as set forth above.

Dated: August 14, 2013   JACKSON LEWIS LLP

By: /S/
Conor J. Dale
Attorneys for Defendant,
ARC DOCUMENT SOLUTIONS, INC.

Dated: August 14, 2013   THE CO LAW FIRM

By: /S/
Patrick R. Co
Attorney for Plaintiff,
ANSELMO BERNAL

[~~proposed~~] **ORDER**

PURSUANT TO STIPULATION OF THE PARTIES IT IS SO ORDERED.

Dated: August 15, 2013

KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE