1  Deverie J. Christensen (SBN 196846)
   Conor J. Dale (SBN 274123)
2  JACKSON LEWIS P.C.
   50 California Street – 9th Floor
3  San Francisco, California 94702
   Telephone: (415) 394-9400
4  Facsimile: (415) 394-9401
   christensend@jacksonlewis.com
5  conor.dale@jacksonlewis.com

6  Attorneys for Defendant
   ARC DOCUMENTS SOLUTIONS, INC.
7  erroneously sued as AMERICA REPROGRAPHICS
   COMPANY
8
   Patrick R. Co, (SBN 200160)
9  THE CO LAW FIRM, A PROFESSIONAL
   CORPORATION
10 201 Spear St., Suite 1100
   San Francisco, CA 94105
11 Telephone: (415) 426-3553
   Facsimile: (415) 477-4032
12 pco@colawfirmsf.com

13 Attorney for Plaintiff
   ANSELMO BERNAL
14

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| ANSELMO BERNAL | Case No. C13 0750 KAW |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| ARC DOCUMENT SOLUTIONS, INC. fka AMERICA REPROGRAPHICS COMPANY and DOES 1 TO 20 INCLUSIVE | |
| Defendants. | |

1  WHEREAS Plaintiff ANSLEMO BERNAL ("Plaintiff") and Defendants ARC
2  DOCUMENT SOLUTIONS, INC. and AMERICAN REPROGRAPHICS COMPANY, LLC
3  (collectively "the Parties") have reached a complete and final settlement of the above-referenced
4  matter, including an agreement that the matter be dismissed with prejudice in its entirety:

5  IT IS HEREBY STIPULATED that the instant matter be dismissed with prejudice in its
6  entirety, each side to bear their own fees and costs.

9  DATED: February 14, 2014                    JACKSON LEWIS P.C.

11                                             By:          /S/
                                                    Deverie J. Christensen
12                                                  Conor J. Dale
                                                    Attorneys for Defendant
13                                                  AMERICAN REPROGRAPHICS
                                                    COMPANY LLC erroneously sued herein as
14                                                  ARC Document Solutions, Inc.

15 DATED: February 14, 2014                    THE CO LAW FIRM, A PROFESSIONAL
                                               CORPORATION
16

18                                             By:          /S/
                                                    Patrick R. Co
                                                    Attorney for Plaintiff
19                                                  ANSELMO BERNAL

21                              **[PROPOSED] ORDER**

22 **PURSUANT TO THE STIPULATION OF THE PARTIES IT IS SO ORDERED.**

25 Dated: February 20, 2014                    _Kandis Westmore_
                                               KANDIS A. WESTMORE
26                                             UNITED STATES MAGISTRATE JUDGE

27 4830-1503-5416, v. 1

28                                          2                    Case No. C13 0750 KAW

**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**